895 A.2d 448

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. VINCENT
DISPOTO, DEFENDANT–RESPONDENT.

March 30, 2006.

ORDERED that the motion for leave to appeal is granted.